# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 02-2369

_____

Michael Williams,     *

    *

       Appellant,     *

    *   Appeal from the United States

      v.     *   District Court for the

    *   District of Minnesota.

David Crist, Warden; Mary McComb,     *

Assistant Warden; Mark Thielen, A-     *     **[UNPUBLISHED]**

West Operations; Sue Nau, Program     *

Director; Wendell Anderson, A-     *

Segregation Lieutenant; Miller,     *

Canteen Lieutenant; Debra Nelson,     *

Disciplinary Supervisor; Craig Oseland, *

Disciplinary Member; Finnegan, Squad *

Sergeant; Salazar; Stroeing, A-     *

Segregation Officer; Nancy Manson,     *

Health Care Unit Supervisor (former);     *

John Schotzke, Health Care Unit     *

Doctor; Melinda K. Morse; A. Haffner,     *

Segregation Sergeant; Lt. Levasseur,     *

A-Segregation Sergeant; Doug Waiters, *

Property Officer; Lisa Erickson,     *

Officer; Sara Newcomb, Officer;     *

Gretchen A. Otto, L.A.P. Attorney;     *

Linda Hardee, Program Director and     *

Chief Sponsor; David Paulson, Medical *

Director of D.O.L.; John Lamey, M.D.;     *

Dana Baumgartner, Health Care     *

Administrator; Christopher Ceman,     *

M.D.; Maureen Connor, H.C.U.     *

Administrator; Mike Seath; Nedra     *

Fitzloff-Meyer; Olson; Carbo,     &ast;
Assistant Warden,      &ast;
            &ast;
   Appellees.     &ast;

_____

Submitted: June 3, 2003
Filed: June 27, 2003

_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Michael Williams appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against various prison officials and employees and medical personnel. After carefully reviewing the record, we conclude that summary judgment--as well as the rulings related to Williams's motions for appointed counsel, and his attempt to file a belated amended complaint--were proper, and that an extended opinion is not warranted. See 8th R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.